UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
KENDALL JITTA,

                              Plaintiff,                    **JUDGMENT**
                                                                         CV 09-2868 (ARL)
     -against-

P.O. MARK POLSTEIN, P.O. ROWLEY
and COUNTY OF NASSAU,

                              Defendants.
---------------------------------------------------------------X

      A Memorandum and Order of Magistrate Judge Arlene R. Lindsay, having been filed on September 13, 2011, granting defendants' summary judgment motion, dismissing any state law claim without prejudice, to the extent that plaintiff bases the fourth cause of action on state law, and directing the Clerk of Court to close this case, it is

      **ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; that defendants' motion for summary judgment is granted; that any state law claim is dismissed without prejudice, to the extent that plaintiff bases the fourth cause of action on state law; and that this case is hereby closed.

Dated: Central Islip, New York
          May 16, 2012

                                                                DOUGLAS C. PALMER
                                                                CLERK OF THE COURT

                                                  BY:    /S/ CATHERINE VUKOVICH
                                                                     DEPUTY CLERK